IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:12CR344 |
| Plaintiff, | ) ) ) | JUDGE JAMES S. GWIN |
| v. | ) ) | |
| TONI LAVERNE SMITH, ET AL., | ) ) ) | REQUEST FOR WITHDRAWAL OF COUNSEL |
| Defendant. | ) ) | |

Now comes the United States of America, by and through counsel, Rebecca C. Lutzko, United States Attorney, and Kelly L. Galvin, Assistant U.S. Attorney, requesting that this Court permit withdrawal of Lauren A.B. Bell, former Assistant U.S. Attorney, as counsel of record for the United States. Further, the United States requests that the Court no longer include former AUSA Lauren A.B. Bell on ECF notifications for this matter. The instant case is currently assigned to Vanessa V. Healy, Assistant United States Attorney, who will continue to receive all ECF notifications.

Respectfully submitted,

REBECCA C. LUTZKO
United States Attorney

By: /s/ Kelly L. Galvin
Kelly L. Galvin (OH: 0062585)
Assistant United States Attorney
United States Court House
801 West Superior Avenue, Suite 400
Cleveland, OH 44113
(216) 622-3731
(216) 522-8355 (facsimile)
Kelly.L.Galvin@usdoj.gov