IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 12-CR-344 |
| Plaintiff, | ) ) ) | MAGISTRATE JUDGE JENNIFER DOWDELL ARMSTRONG |
| v. | ) ) | |
| SMITH, ET AL, | ) ) | <u>MOTION FOR WITHDRAWAL OF COUNSEL</u> |
| Defendants. | ) | |

The United States of America, by and through undersigned counsel, hereby requests that this Court permit the withdrawal of Lauren A. Bell and Robert W. Kern, former Assistant U.S. Attorneys, as counsel of record for the United States, as said counsel has left the U.S. Attorney's Office. Further, the United States requests that the Court no longer include Lauren A. Bell and Robert W. Kern on ECF notifications for this matter. The instant case is currently assigned to the undersigned counsel who will continue to receive all ECF notifications.

        Respectfully submitted,

        REBECCA C. LUTZKO
        United States Attorney

By:   /s/ Vanessa V. Healy
        Vanessa V. Healy (OH: 0092212)
        Assistant United States Attorney
        United States Court House
        801 West Superior Avenue, Suite 400
        Cleveland, OH 44113
        (216) 622-3652
        (216) 522-7499 (facsimile)
        Vanessa.Healy@usdoj.gov